IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01465-LTB-PAC

HEALTH GRADES, INC.

    Plaintiffs,

v.

DECATUR MEMORIAL HOSPITAL,

    Defendants.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 38 - filed November 7, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

    BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, Chief Judge

DATED: November 8, 2006